GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

**IT IS SO ORDERED**
*Judge James Ware*
1/6/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-JW<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TY LEVINE AND DEFENDANT KAREN LEVINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ("Plaintiff") and Defendants TY LEVINE and KAREN LEVINE, through their respective counsel that, pursuant to Civil Local Rule 6-1(a), the time in which TY LEVINE and KAREN LEVINE may move, answer, or otherwise respond to Plaintiff's Summons and First Amended Complaint, which was filed on December 17, 2010, and was personally served on December 27, 2010, is extended to January 31, 2010.

///

///

///

1  These changes will not alter the date of any event or any deadline already fixed by Court
2  Order.
3  **IT IS SO STIPULATED.**
4  DATED: December 23, 2010

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES I. SILVERSTEIN
HIELAM CHAN
Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE
COMPANY, RRG

DATED: January 4, 2010

HINES SMITH CARDER DINCEL BLAND

By: _____
KIM O. DINCEL
Attorneys for Defendants
TY LEVINE AND KAREN LEVINE

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **January 5, 2011,** I served the within:

**STIPULATION EXTENDING TIME FOR DEFENDANT TY LEVINE AND DEFENDANT KAREN LEVINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

| | |
|---|---|
| ✖ **VIA ELECTRONIC SERVICE:** | I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 5, 2011**, at San Francisco, California.

*[signature]*

**IRIS NISHIMOTO**

inishimoto@yaronlaw.com