GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

IT IS SO ORDERED
Judge Edward J. Davila
7/11/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-EJD<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ("Plaintiff") and Defendants TY LEVINE, KAREN LEVINE, and RONALD J. HAAS, (collectively "Defendants")[1] through their respective counsel, hereby stipulate to the filing of a Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

WHEREAS Plaintiff filed its First Amended Complaint on December 17, 2010;

WHEREAS Plaintiff has become aware of information concerning additional insureds under the ProBuilders Policy, and would like to clarify prior allegations;

---

[1] VALLEY CORP. B. has not appeared in this action. According to the California Secretary of State's website, VALLEY CORP. B. is a suspended corporation.

WHEREAS Plaintiff has determined that the First Amended Complaint should therefore be amended;

WHEREAS Defendants have reviewed Plaintiff's Second Amended Complaint and consented to Plaintiff filing its Second Amended Complaint, attached hereto as Exhibit A.

THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff and Defendants Stipulate to Plaintiff filing its Second Amended Complaint. The Second Amended Complaint shall be deemed filed as of the date of this Order.

**IT IS SO STIPULATED.**

DATED: July __, 2011                         YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES I. SILVERSTEIN
HIELAM CHAN
Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

DATED: July __, 2011                         HINES SMITH CARDER DINCEL

By: _____
KIM O. DINCEL
JULIE ROGERS
Attorneys for Defendants
TY LEVINE AND KAREN LEVINE

DATED: July __, 2011                         GREENAN, PEFFER, SALLANDER, & LALLY

By: _____
CHIP COX
Attorney for Defendants
RONALD J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**
On or before July 12, 2011, the Plaintiff shall file its Second Amended Complaint as a separate docket entry.
DATED: _July 12, 2011_                         _____

UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

WHEREAS Plaintiff has determined that the First Amended Complaint should therefore be amended;

WHEREAS Defendants have reviewed Plaintiff's Second Amended Complaint and consented to Plaintiff filing its Second Amended Complaint, attached hereto as Exhibit A.

THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff and Defendants Stipulate to Plaintiff filing its Second Amended Complaint. The Second Amended Complaint shall be deemed filed as of the date of this Order.

**IT IS SO STIPULATED.**

DATED: July __, 2011

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES I. SILVERSTEIN
HIEL AM CHAN
Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

DATED: July __, 2011

HINES SMITH CARDER DINCEL

By: _____
KIM O. DINCEL
JULIE ROGERS
Attorneys for Defendants
TY LEVINE AND KAREN LEVINE

DATED: July __, 2011

GREENAN, PEFFER, SALLANDER, & LALLY

By: _____
CHIP COX
Attorney for Defendants
RONALD J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____

UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

1  WHEREAS Plaintiff has determined that the First Amended Complaint should therefore be
2  amended;
3  WHEREAS Defendants have reviewed Plaintiff's Second Amended Complaint and consented
4  to Plaintiff filing its Second Amended Complaint, attached hereto as Exhibit A.
5  THEREFORE, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff and Defendants
6  Stipulate to Plaintiff filing its Second Amended Complaint. The Second Amended Complaint shall
7  be deemed filed as of the date of this Order.

**IT IS SO STIPULATED.**

DATED: July 7, 2011                     YARON & ASSOCIATES

                                        By: _____
                                        GEORGE D. YARON
                                        JAMES I. SILVERSTEIN
                                        HIELAM CHAN
                                        Attorneys for Plaintiff
                                        PROBUILDERS SPECIALTY INSURANCE
                                        COMPANY, RRG

DATED: July __, 2011                    HINES SMITH CARDER DINCEL


                                        By: _____
                                        KIM O. DINCEL
                                        JULIE ROGERS
                                        Attorneys for Defendants
                                        TY LEVINE AND KAREN LEVINE

DATED: July 8, 2011                     GREENAN, PEFFER, SALLANDER, & LALLY


                                        By: _____
                                        CHIP COX
                                        Attorney for Defendants
                                        RONALD J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____          _____

                                        UNITED STATES DISTRICT JUDGE
                                        EDWARD J. DAVILA