1  GEORGE D. YARON, ESQ. (State Bar #96246)
   JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
2  HIELAM CHAN, ESQ. (State Bar #267321)
   gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
3  YARON & ASSOCIATES
   601 California St, 21st Floor
4  San Francisco, California 94108
   Telephone: (415) 658-2929
5  Facsimile: (415) 658-2930

6  Attorneys for Plaintiff
   PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA          8/17/2011

10

11  PROBUILDERS   SPECIALTY   INSURANCE)       CASE NO.:5:10-cv-05533-EJD
    COMPANY, RRG, a District of Columbia, Risk)
12  Retention Group,                        )   STIPULATION   AND   [PROPOSED]
                                            )   ORDER   EXTENDING   EXPERT
13              Plaintiff,                   )   DISCOVERY-RELATED DEADLINES
                                            )
14       v.                                 )
                                            )
15  VALLEY CORP. B., a California Corporation)
    formerly   known   as   R.J.   HAAS   CORP.;)
16  RONALD J. HAAS, an individual; TY LEVINE,)
    an individual; KAREN LEVINE, an individual; )
17  SACHI ADACHI, an individual,; TATSUKO)
    ADACHI,   an   individual;   and   R.J.   HAAS)
18  CONSTRUCTION   CORP.,   a   California)
    Corporation,                           )
19                                          )
                Defendants.                 )
20  _____)

21       Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY ("ProBuilders"),

22  Defendant/Counter-Claimants Ronald J. Haas ("Haas"), and Ty and Karen Levine ("Levines")

23  (collectively "Parties"), by and through their respective attorneys of record, hereby stipulate as

24  follows:

25       1.      On March 9, 2011, the Court issued a Scheduling Order.  Pursuant to the Court's

26  Scheduling Order, the following deadlines are currently set:

27       Expert Disclosure               September 16, 2011

28       Rebuttal Expert Disclosure       September 30, 2011

1

| | |
|---|---|
| Last Day for Hearing on Objection to Expert Disclosure | November 11, 2011 |
| Close of Discovery | November 18, 2011 |

2.      The Parties have worked together in conducting discovery in this matter.  However, due to the large amount of documents, full disclosure of documents in this matter has not been completed.  Once these documents have been produced, the parties will need time to review these documents, and conduct further discovery, including depositions, as necessary, prior to completing its expert disclosures.

3.      The Levines have recently filed a Counterclaim against ProBuilders alleging bad faith.  ProBuilders will need time to conduct discovery regarding the Levines' Counterclaim alleging bad faith prior to producing its expert disclosure.

4.      The Parties agree that the expert disclosure and rebuttal expert disclosure deadlines should be extended 30 days in order to allow the Parties more time to conduct discovery prior to the expert disclosure and rebuttal expert disclosure deadlines.

5.      Therefore, the Parties hereby stipulate and agree to the following discovery deadlines:

| | |
|---|---|
| Expert Disclosure | October 16, 2011 |
| Rebuttal Expert Disclosure | October 30, 2011 |
| Last Day for Hearing on Objection to Expert Disclosure | December 12, 2011[1] |

6.      The close of discovery shall remain November 18, 2011.

7.      The Parties hereto believe that in the interests of judicial economy and the interests of justice will be bet served by the requested extension of discovery deadlines.

8.      This Stipulation will not alter the date of any other event or any other deadline already fixed by Court Order.

///

---

[1]This deadline is 43 days after the deadline for Rebuttal Expert Disclosures.  A 42 day deadline (pursuant to the March 9, 2011 Scheduling Order) would require the Motion to be heard on December 5, 2011, and noticed on October 31, 2011, one day after the deadline for Rebuttal Expert Disclosures.

1
2
3  Dated: August 16, 2011

YARON & ASSOCIATES

4  JAMES I. SILVERSTEIN, ESQ.
5  HIELAM CHAN, ESQ.
   Attorneys for Plaintiff/Counter-Defendant
   PROBUILDERS SPECIALTY INSURANCE
6  COMPANY

7  HINES SMITH CARDER DINCEL BLAND
8
9  Dated: _____
10
11  KIM DINCEL, ESQ.
    JULIE ROGERS, ESQ.
    Attorneys for Defendant/Counter-Claimant
12  TY LEVINE AND KAREN LEVINE

13  GREENAN,  PEFFER,  SALLANDER  &
14  LALLY, LLP

15
16  Dated: August 12, 2011

CHIP COX

17  CHIP COX, ESQ.
    Attorney for Defendant/Counter-Claimant
18  RONALD J. HAAS

19
    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
20

21
22  Dated: _____

    UNITED STATES DISTRICT JUDGE
23  EDWARD J. DAVILA

24
25
26
27
28

3

1                                         YARON & ASSOCIATES

2

3 Dated: _____               _____

4                                           JAMES I. SILVERSTEIN, ESQ.

5                                           HIELAM CHAN, ESQ.
Attorneys for Plaintiff/Counter-Defendant

6                                           PROBUILDERS SPECIALTY INSURANCE
COMPANY

7

8                                           HINES SMITH CARDER DINCEL BLAND

9 Dated: 8-15-11 _____               _____

10

11                                           KIM DINCEL, ESQ.
JULIE ROGERS, ESQ.

12                                           Attorneys for Defendant/Counter-Claimant
TY LEVINE AND KAREN LEVINE

13

14                                           GREENAN,   PEFFER,   SALLANDER   &
LALLY, LLP

15

16 Dated: _____               _____

17                                           CHIP COX, ESQ.
Attorney for Defendant/Counter-Claimant

18                                           RONALD J. HAAS

19

20 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED AS MODIFIED:**

The Court includes the following deadlines to the parties' proposed scheduling deadlines:

21

22 Last Date for Hearing Dipositive Motions on or before **February 10, 2012 at 9:00 a.m.**
Preliminary Pretrial Conference on **November 4, 2011 at 11:00 a.m.**

23 Joint Pretrial Conference statement due **October 25, 2011.**
Deadline to file referral to Court's ADR program on or before **August 31, 2011.**

24

25 Dated: August 17, 2011                                   _____

26                                           Edward J. Davila
United States District Judge

27

28

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action.  I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California  94108.**

On **August 16, 2011,** I served the within:

**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY-RELATED DEADLINES**

**DECLARATION OF JAMES I. SILVERSTEIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY-RELATED DEADLINES**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒   **VIA ELECTRONIC SERVICE:**   I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 16, 2011**, at San Francisco, California.

**LYDIA BURTON**

lburton@yaronlaw.com

Certificate of Service                                    -1-                                    G:\3299\POS\POS.ECF.wpd