1    Chip Cox (SBN159681)
     GREENAN, PEFFER, SALLANDER & LALLY LLP
2    6111 Bollinger Canyon Road, Suite 500
     San Ramon, California 94583
3    Telephone:    925-866-1000
     Facsimile:    925-830-8787
4
     Attorneys for Defendant
5    Ronald J. Haas

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   PROBUILDERS SPECIALTY            )   CASE NO.:  CV10-05533- EJD
     INSURANCE COMPANY, RRG, a District )
12   of Columbia, Risk Retention Group, )   STIPULATION AND [PROPOSED]
                                        )   ORDER FOR LEAVE TO FILE THIRD
13                Plaintiff,           )   PARTY COMPLAINT
                                        )
14        vs.                          )
                                        )
15   VALLEY CORP., B., a California    )
     Corporation formerly known as R.J. HAAS )
16   CORP.; RONALD J. HAAS, an individual; )
     TY LEVINE, an individual; and KAREN )
17   LEVINE, an individual,           )
                                        )
18                Defendants.          )
                                        )
19   AND RELATED COUNTERCLAIMS        )
                                        )
20

21                            STIPULATION

22        Plaintiff ProBuilders Specialty Insurance Company ("ProBuilders"), and defendants

23   Ronald J. Haas ("Haas"), Ty Levine and Karen Levine (collectively the "Levines") stipulate as

24   follows:

25        WHEREAS, in the course of investigating this matter counsel for Haas has identified

26   what he believes are reasonable grounds for claims in this matter against a third party defendant,

27   Certain Underwriters at Lloyds of London (hereinafter "Lloyds").

28   ///

Greenan,
Peffer,
Sallander &
Lally LLP

1    WHEREAS, these claims against Lloyds seek damages for breach of the duty to defend

2    and indemnify Haas in *Levine v. R.J. Haas Corp.*, Santa Clara County Superior Court Case No.

3    07-CV081016.  These claims are substantially similar to the claims Haas has asserted against

4    ProBuilders, and by these claims Haas will seek substantially the same damages from Lloyds

5    that Haas seeks from ProBuilders.

6        WHEREAS, it is in the interest of the Court and Haas to litigate the claims more

7    efficiently in this action, in which Haas is asserting substantially similar claims against

8    ProBuilders.

9        WHEREAS, an Order that ProBuilders and Lloyds breached duties to Haas may create

10   claims between ProBuilders and Lloyds for equitable contribution, which could also be most

11   efficiently litigated in one action.

12       WHEREAS, a Third Party Complaint filed against Lloyds will require some additional

13   time for Lloyds to respond to the complaint and conduct discovery.

14       THEREFORE, ProBuilders, Haas and the Levines stipulate that Haas has leave to file the

15   Third Party Complaint attached as Exhibit A to this Stipulation and [Proposed] Order within 5

16   days of filing of the Order of the Court.

17

18       [The remaining space on this page intentionally left blank]

19

20

21

22

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

1        ProBuilders, Haas, the Levines further stipulate that the deadlines for discovery, expert

2   witness discovery, motions and the Pretrial Conference shall be continued as follows:

3                Expert Disclosure                March 12, 2012

4                Rebuttal Expert Disclosure      March 26, 2012

5                Last Day for Hearing on

6                Objection to Expert Disclosure   April 30, 2012

7                Close of discovery             April 20, 2012

8                Pretrial Conference           As scheduled by the Court

9                Last day to file Joint

10              Pretrial Conference Statement   As scheduled by the Court

11

12  Dated: September _8_, 2011

13                          GREENAN, PEFFER, SALLANDER & LALLY LLP

14

15                  By:          _Chip Cox_

16                        Chip Cox

17                        Counsel for Defendant and Counterclaimaint
                            Ronald J. Haas

18

19  Dated: September _9_, 2011

20                          YARON & ASSOCIATES

21

22                  By:          _James I. Silverstein_

23                        James I. Silverstein
                            Counsel for Plaintiff and Counterclaim

24                        defendant ProBuilders Specialty
                        Insurance Company

25  ///

26  ///

27  ///

28  ///

Greenan,
Peffer,
Sallander &
Lally LLP

1     Dated: September _9_, 2011

2

3                        HINES SMITH CARDER DINCEL

4                        By: _____

5                            Kim Dincel
                             Counsel for Defendant and Counterclaimant Ty

6                            Levine and Karen Levine

7

8

9

10     PURSUANT TO STIPULATION IT IS SO ORDERED

11     Dated: September _14_, 2011

12                            _____
                             Honorable Edward J. Davila

13                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

STIPULATION AND [PROPOSED] ORDER                              CASE NO. CV10-05533-JW

Exhibit 'A'

Chip Cox (SBN159681)
GREENAN, PEFFER, SALLANDER & LALLY LLP
6111 Bollinger Canyon Road, Suite 500
San Ramon, California 94583
Telephone:    925-866-1000
Facsimile:    925-830-8787

Attorneys for Defendant
Ronald J. Haas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>                    Plaintiff,<br><br>          vs.<br><br>VALLEY CORP., B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>                    Defendants.<br><br>RONALD J. HAAS, an individual,<br><br>          Third Party Plaintiff<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an underwriting syndicate,<br><br>          Third Party Defendant<br><br>AND RELATED COUNTERCLAIMS | **CASE NO.: CV10-05533-JW**<br><br>**RONALD J. HAAS'**<br>**THIRD PARTY COMPLAINT** |

Greenan,
Peffer,
Sallander &
Lally LLP

THIRD PARTY COMPLAINT                                    CASE NO. CV10-05533-JW

1    Defendant, Counterclaimant and Third Party Plaintiff Ronald J. Haas alleges as follows:

2                                          **PARTIES**

3        1.      Defendant, Counterclaimant and Third Party Plaintiff Ronald J. Haas ("Haas") is

4    an individual residing in the State of California.

5        2.      Third Party defendant Certain Underwriters at Lloyds of London are identified as

6    Syndicate 2020 in Lloyds Policy No. WUG-000393-2 (hereinafter "Lloyds").  Haas is informed

7    and believes and on that basis alleges that Lloyds is an underwriting syndicate composed of

8    specific, identified individuals who have agreed to and are bound by any decisions against

9    Syndicate 2020 regarding coverage under the Lloyds Policy issued to R.J. Haas Corporation.

10                                       **JURISDICTION**

11       3.      This Court has Supplemental Jurisdiction over this matter under 28 U.S.C.

12   § 1367 (b).

13                                          **FACTS**

14       4.      Certain Underwriters at Lloyds of London identified as Syndicate 2020 issued

15   Policy No. WUG-000393-2 to R.J. Haas Corp. effective August 29, 2005 to August 29, 2006

16   (hereinafter the "Lloyds Policy").

17       5.      At all times relevant to this Third Party Complaint Ronald J. Haas was the

18   President and owner of R.J. Haas Corp., and an insured under the Lloyds Policy.

19       6.      The Lloyds Policy provided coverage to R.J. Haas Corp. and Ron Haas for bodily

20   injury or property damage, during the policy period, caused by an occurrence.

21       7.      The Lloyds Policy also obligated Lloyds to defend Ron Haas against any suit

22   seeking damages to which the Lloyds Policy applied.

23       8.      A construction defect lawsuit case captioned *Levine v. R.J. Haas Corp.*, Santa

24   Clara County Superior Court, Case No. 07-CV081016, regarding the construction of a single-

25   family residence in Saratoga, California was brought against R.J. Has Corp. and Ron Haas.

26   *Levine* alleged construction defects and property damage to the home arising out of work done

27   by R.J. Haas Corp., and asserted R.J. Haas Corp. and Ron Haas were liable for those damages.

28   / / /

Greenan,
Peffer,
Sallander &
Lally LLP

2

9.     Ron Haas and R.J. Haas Corp. timely tendered *Levine* to Lloyds for a defense and indemnity under the Lloyds Policy.

10.    Lloyds initially defended Haas under the Lloyds Policy, but subsequently withdrew its defense.

11.    Lloyds thereafter refused to fund or participate in several reasonable settlement demands in *Levine*, relying on purported coverage defenses under the Lloyds Policy.

12.    Haas ultimately suffered a judgment in *Levine*.

WHEREFORE, defendant, counterclaimant and Third Party Complainant Ronald J. Haas prays for judgment against Lloyds as set forth below.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract/Duty to Defend Against Lloyds)

13.    Haas incorporates by reference paragraphs 1 through 12 of this Third Party Complaint as though fully set forth in this first claim for relief.

14.    Under the terms and conditions of the Lloyds Policy, Lloyds was obligated to defend Haas for damages covered under the Lloyds Policy.

15.    Haas has performed all conditions, covenants and promises required of him under the Lloyds Policy.

16.    Lloyds breached the terms and conditions of the Lloyds Policy when it withdrew its defense of Haas in *Levine*.

17.    Haas was damaged in an amount to be proven at trial because of Lloyds breach of its duty to defend *Levine*.

WHEREFORE, defendant, counterclaimant and Third Party Complainant Ron Haas prays for judgment against Lloyds as set forth below.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract/Duty to Indemnify Against Lloyds)

18.    Haas incorporates by reference paragraphs 1 through 17 of this Third Party Complaint as though fully set forth in this second claim for relief.

///

Greenan,
Peffer,
Sallander &
Lally LLP

THIRD PARTY COMPLAINT                                      CASE NO. CV10-05533-JW

19.     Under the terms and conditions of the Lloyds Policy, Lloyds was obligated to indemnify Haas for the judgment filed against him in *Levine*.

20.     Haas has performed all conditions, covenants and promises required of him under the Lloyds Policy.

21.     Lloyds breached the terms and conditions of the Lloyds Policy when it refused to indemnify Haas for the judgment filed against him in *Levine*.

22.     Haas was damaged in an amount to be proven at trial because of Lloyds' breach of its duty to indemnify Haas for the judgment filed against him in *Levine*.

WHEREFORE, defendant and counterclaimant Ron Haas prays for judgment against Lloyds as set forth below.

## THIRD CLAIM FOR RELIEF

(Bad Faith Against Lloyds)

23.     Haas incorporates by reference paragraphs 1 through 22 of this Third Party Complaint as though fully set forth in this third claim for relief.

24.     Lloyds had a duty of good faith and fair dealing to protect Haas' right to obtain the benefits of coverage under the Lloyds Policy.

25.     Lloyds breached its duty of good faith and fair dealing by unreasonably withdrawing from the defense of *Levine*.

26.     Lloyds further breached its duty of good faith and fair dealing by refusing to fund or participate in several reasonable settlement demands in *Levine*, relying on purported coverage defenses under the Lloyds Policy.

27.     Haas was damaged in an amount to be proven at trial because of Lloyds breach of its duty of good faith and fair dealing.

/ / /

/ / /

/ / /

/ / /

/ / /

Greenan,
Peffer,
Sallander &
Lally LLP

THIRD PARTY COMPLAINT                                                    CASE NO. CV10-05533-JW

1     WHEREFORE, defendant and counterclaimant Ron Haas prays for judgment against

2  Lloyds as follows:

3       1.      For compensatory damages in an amount to be proven at trial;

4       2.      For costs of suit incurred herein; and

5       3.      For such other and further relief as the Court may deem just and proper.

6  Dated: September __, 2011

                                **GREENAN, PEFFER, SALLANDER & LALLY LLP**

7

8

9                              By: _____

10                                  Chip Cox
                                    Attorneys for RON HAAS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

THIRD PARTY COMPLAINT                                           CASE NO. CV10-05533-JW