GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-EJD<br><br>STIPULATION RE DISPOSITIVE MOTIONS/PRE-TRIAL CONFERENCE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ("Plaintiff") and Defendants TY LEVINE, KAREN LEVINE, and RONALD J. HAAS (collectively "Defendants"), through their respective counsel, as follows:

WHEREAS, Defendant RONALD J. HAAS filed a Stipulation for Leave to file a Third-Party Complaint against Certain Underwriters of Lloyds of London ("Lloyds");

WHEREAS, as part of the Stipulation for Leave to file a Third-Party Complaint against Lloyds, the parties agreed to extend various deadlines, such as expert disclosure, rebuttal expert disclosure, close of discovery, etc. However, the parties erroneously omitted from the Stipulation a continuance of the deadline for filing dispositive motions.

1     WHEREAS, the Court on September 14, 2011 ordered, pursuant to the Stipulation, that
2 RONALD J. HASS could file a Third-Party Complaint against Lloyds, and the following deadlines
3 were continued as follows:

| | |
|---|---|
| 4   Expert Disclosure | March 12, 2012 |
| 5   Rebuttal Expert Disclosure | March 26, 2012 |
| 6   Close of Discovery | April 20, 2012 |
| 7   Last Day for Hearing on Objection | |
| 8   to Expert Disclosure | April 30, 2012 |

9     WHEREAS, prior to the Court's September 14th Order, (1) the deadline for filing the Joint
10 Pre-Trial Conference Statement was October 25, 2011, (2) a Pre-Trial Conference was set for
11 November 4, 2011, (3) the discovery cut-off was November 18, 2011, and (4) the deadline to hear
12 dispositive motions was February 10, 2012.

13     THEREFORE the parties stipulate that the last date for hearing dispositive motions shall be
14 continued as follows:

15   Last Day for Hearing Dispositive Motions      June 22, 2012

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Moreover, the parties, in light of the continuance of the various discovery-related dates, stipulate to continue the Joint Pre-Trial Conference to June 8, 2012. However, if dispositive motions are pending as of that date, the parties stipulate that the Joint Pre-Trial Conference will take place on the first available Friday at 11:00 a.m., which is at least 45 days after the Court rules on any pending dispositive motion. Moreover, the parties stipulate that the deadline for filing the Pre-Trial Conference Statement will be 10 days before the Pre-Trial Conference.

**IT IS SO STIPULATED.**

DATED: September 16, 2011     YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES I. SILVERSTEIN
HIELAM CHAN
Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

DATED: September 16, 2011     HINES SMITH CARDER DINCEL

By: _____
KIM O. DINCEL
JULIE ROGERS
Attorneys for Defendants
TY LEVINE AND KAREN LEVINE

DATED: September ___, 2011     GREENAN, PEFFER, SALLANDER, & LALLY

By: _____
CHIP COX
Attorney for Defendants
RONALD J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____     _____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

3
Stipulation Re Dispositive Motions/Pre-Trial Conference                      G:\3299\Pleadings\Stipulation.dispositivemotions.wpd

Moreover, the parties, in light of the continuance of the various discovery-related dates, stipulate to continue the Joint Pre-Trial Conference to June 8, 2012. However, if dispositive motions are pending as of that date, the parties stipulate that the Joint Pre-Trial Conference will take place on the first available Friday at 11:00 a.m., which is at least 45 days after the Court rules on any pending dispositive motion. Moreover, the parties stipulate that the deadline for filing the Pre-Trial Conference Statement will be 10 days before the Pre-Trial Conference.

**IT IS SO STIPULATED.**

DATED: September ___, 2011          YARON & ASSOCIATES

By: _____
GEORGE D. YARON
JAMES I. SILVERSTEIN
HIELAM CHAN
Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE
COMPANY, RRG

DATED: September ___, 2011          HINES SMITH CARDER DINCEL

By: _____
KIM O. DINCEL
JULIE ROGERS
Attorneys for Defendants
TY LEVINE AND KAREN LEVINE

DATED: September 16, 2011          GREENAN, PEFFER, SALLANDER, & LALLY

By: _____
CHIP COX
Attorney for Defendants
RONALD J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: September 19, 2011          _____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

3


## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **September 16, 2011**, I served the within:

**STIPULATION RE DISPOSITIVE MOTIONS/PRE-TRIAL CONFERENCE AND [PROPOSED] ORDER**

**DECLARATION OF JAMES SILVERSTEIN IN SUPPORT OF STIPULATION RE DISPOSITIVE MOTIONS/PRE-TRIAL CONFERENCE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

| | | |
|---|---|---|
| ✖ | **VIA ELECTRONIC SERVICE:** | I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 16, 2011**, at San Francisco, California.

*/s/ Lydia Burton*
LYDIA BURTON
lburton@yaronlaw.com