GEORGE D. YARON, ESQ. (State Bar #96246),
JAMES I. SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
YARON & ASSOCIATES
601 California St., 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415)658-2930
Email:  gyaron@yaronlaw.com
        jsilverstein@yaronlaw.com
        hchan@yaronlaw.com

Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY

**IT IS SO ORDERED**
*[signature]*
Judge Edward J. Davila
10/27/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; R.J. Haas, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.: CV10 -05533-EJD<br><br>**STIPULATION RE JUDGMENT** |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, ("ProBuilders") and Defendant TATSUKO ADACHI ("Mrs. Adachi"), that Mrs. Adachi will be bound by the Judgment that ProBuilders obtains, in the instant action, with respect to ProBuilders' claim for Declaratory Relief as to rescinding ProBuilders policy no. COM 5010992 ("the ProBuilders Policy").

   WHEREAS Plaintiff filed its Second Amended Complaint on July 12, 2011;

   WHEREAS Plaintiff's Second Amended Complaint named Mrs. Adachi as a Defendant, based upon her status as an additional insured under the ProBuilders Policy;

   WHEREAS, in the instant action, ProBuilders seeks to rescind the ProBuilders Policy based

1  upon alleged misrepresentations made by Valley Corp. B, a California Corporation formerly known
2  as R.J. Haas Corp.;

3  WHEREAS, in the instant action, the only claim for relief alleged against Mrs. Adachi is
4  ProBuilders' Third Claim for Relief for Declaratory Relief regarding ProBuilders' claim for
5  rescission;

6  WHEREAS, ProBuilders has provided Mrs. Adachi with a copy of the Second Amended
7  Complaint, in the instant action;

8  WHEREAS, Mrs. Adachi has reviewed the Second Amended Complaint, in the instant
9  action;

10  WHEREAS, Mrs. Adachi would like to avoid making an appearance in the instant action;

11  WHEREAS, ProBuilders has advised Mrs. Adachi that she should consult with an attorney
12  before executing the instant Stipulation;

13  WHEREAS, Mrs. Adachi has agreed to be bound by the Court's determination of
14  ProBuilder's Third Claim for Relief for Declaratory Relief regarding ProBuilders' claim for
15  rescission;

16  THEREFORE, ProBuilders and Mrs. Adachi Stipulate that (1) ProBuilders' will not serve
17  the Summons and Second Amended Complaint upon Mrs. Adachi, in the instant action; (2) Mrs.
18  Adachi will be bound by the Court's determination of ProBuilder's Third Claim for Relief for
19  Declaratory Relief regarding ProBuilders' claim for rescission, in the instant action; and (3)
20  ProBuilders and Mrs. Adachi shall bear their own costs and fees, in the instant action.

21  **IT IS SO STIPULATED.**

22  DATED: September 21, 2011           YARON & ASSOCIATES
23          October

24                                    By: _____
25                                    GEORGE D. YARON
                                      JAMES I. SILVERSTEIN
26                                    HIELAM CHAN
                                      Attorneys for Plaintiff
27                                    PROBUILDERS SPECIALTY INSURANCE
                                      COMPANY, RRG
28

DATED: ~~September~~ October 11, 2011

By: _Tatsuko Adachi_

TATSUKO ADACHI

SUBSCRIBED and SWORN to before me
this 11 day of ~~September~~ October, 2011

_Benjamin N Hashiba_
BENJAMIN N. HASHIBA
NOTARY PUBLIC

> BENJAMIN N. HASHIBA
> Commission # 1832267
> Notary Public - California
> Santa Clara County
> My Comm. Expires Jan 20, 2013

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **October 26, 2011**, I served the within:

**STIPULATION RE JUDGMENT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 26, 2011**, at San Francisco, California.

/s/ Lydia Burton
**LYDIA BURTON**
lburton@yaronlaw.com