1  Chip Cox (SBN159681)
   GREENAN, PEFFER, SALLANDER & LALLY LLP
2  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
3  Telephone:    925-866-1000
   Facsimile:     925-830-8787
4
   Attorneys for Defendant
5  Ronald J. Haas

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PROBUILDERS SPECIALTY                )  **CASE NO.:  CV10-05533-JW**
    INSURANCE COMPANY, RRG, a District    )
12  of Columbia, Risk Retention Group,    )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER TO WITHDRAW AS COUNSEL**
13                   Plaintiff,           )
                                          )
14        vs.                             )
                                          )
15  VALLEY CORP., B., a California        )
    Corporation formerly known as R.J. HAAS )
16  CORP.; RONALD J. HAAS, an individual; )
    TY LEVINE, an individual; and KAREN   )
17  LEVINE, an individual,                )
                                          )
18                   Defendants.          )
    _____)

19

20                          **STIPULATION**

21        Defendant Ronald J. Haas stipulates as follows:

22        1.      Chip Cox of Greenan, Peffer, Sallander & Lally, LLP has represented defendant

23  Ronald J. Haas in this action.

24        2.      Ronald J. Haas agrees that Greenan, Peffer, Sallander & Lally, LLP may

25  withdraw as counsel of record for defendant Ronald J. Haas in this matter.

26        3.      Ronald J. Haas will continue to participate in the litigation of this matter pro se,

27  unless and until he retains counsel to represent him.  Ron Haas may be contacted at the

28  following:

Greenan,
Peffer,
Sallander &
Lally LLP

1630 Bearden Drive

Los Gatos, Ca 95032

Telephone: (408) 761-0483

4.      IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the

Civil Local Rules of the United States District Court for the Northern District of California that

Greenan, Peffer, Sallander & Lally, LLP may withdraw as counsel of record for defendant

Ronald J. Haas in this matter.

Dated: October  15, 2011

By: _____
Ronald J. Haas

Dated: October 15, 2011

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: _____
Chip Cox

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: October ___, 2011

_____
Honorable Edward J. Davila

Greenan,
Peffer,
Sallander &
Lally LLP

STIPULATION AND [PROPOSED] ORDER                                      CASE NO. CV10-05533-JW

1    Ron Haas

2    1630 Bearden Drive

3    Los Gatos, Ca 95032

4    Telephone: (408) 761-0483

5         4.      IT IS THEREFORE STIPULATED, pursuant to Rules 7-12 and 11-5(a) of the

6    Civil Local Rules of the United States District Court for the Northern District of California that

7    Greenan, Peffer, Sallander & Lally, LLP may withdraw as counsel of record for defendant

8    Ronald J. Haas in this matter.

9    Dated: October 15, 2011

10                                           By: _____

11                                                   Ronald J. Haas

12             November 1.

13   Dated: ~~October 15~~, 2011

14                                           **GREENAN, PEFFER, SALLANDER & LALLY LLP**

15

16                                           By: _____
                                                     Chip Cox

17                                                   Chip Cox

18

19   PURSUANT TO STIPULATION IT IS SO ORDERED

20   Dated: November 2, 2011

21                                           _____
                                                     Honorable Edward J. Davila

22                                                   Honorable Edward J. Davila

23

24

25

26

27

28

Greenan,
Peffer,
Sallander &
Lally LLP

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. CV10-05533-JW