GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter-Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG ("ProBuilders"); Defendant and Counter-Claimants TY LEVINE, KAREN LEVINE; and Defendant, Counter-Claimant and Third-Party Plaintiff RONALD J. HAAS ("Mr. Haas"); and Third-Party Defendant Certain Underwriters of Lloyds of London ("Lloyds") as follows[1]:

The parties stipulate that the last date to complete Alternative Dispute Resolution, in this action, should be continued to January 27, 2012.

---

[1] See the concurrently filed "Declaration of James I. Silverstein in Support of Stipulation and [Proposed Order] Order to Continue the Deadline to Complete Alternative Dispute Resolution" for ProBuilders' counsel's explanation as to the need for this time extension.

IT IS SO STIPULATED.

DATED: November 14, 2011                YARON & ASSOCIATES

                                        By: /s/ _____
                                        GEORGE D. YARON
                                        JAMES I. SILVERSTEIN
                                        HIELAM CHAN
                                        Attorneys for Plaintiff and Counter-Defendant
                                        PROBUILDERS SPECIALTY INSURANCE
                                        COMPANY, RRG

DATED: November ___, 2011               SILICON VALLEY LAW GROUP

                                        By: _____
                                        KIM O. DINCEL
                                        CHRISTOPHER G. LAI
                                        Attorneys for Defendants
                                        TY LEVINE AND KAREN LEVINE

DATED: November 10, 2011

                                        By: /s/ _____

///
///
///
///
///
///
///
///
///

1
2    **IT IS SO STIPULATED.**
3
4    DATED: November ___, 2011            YARON & ASSOCIATES
5
6                                   By: _____
7                                       GEORGE D. YARON
                                        JAMES I. SILVERSTEIN
                                        HIELAM CHAN
8                                       Attorneys for Plaintiff and Counter-Defendant
                                        PROBUILDERS SPECIALTY INSURANCE
9                                       COMPANY, RRG
10
11   DATED: November 14, 2011            SILICON VALLEY LAW GROUP
12
13                                   By: _____
                                        KIM O. DINCEL
14                                      CHRISTOPHER G. LAI
                                        Attorneys for Defendants
15                                      TY LEVINE AND KAREN LEVINE
16
17   DATED: November ___, 2011
18
19                                   By: _____
                                        RONALD J. HAAS
20
     ///
21
     ///
22
     ///
23
     ///
24
     ///
25
     ///
26
     ///
27
     ///
28

---

Stipulation To Continue the Deadline to Complete ADR          2          G:\3299\Pleadings\Stipulation.mediationrevised.wpd

1 | DATED: November 10, 2011          WILLOUGHBY, STUART AND BENNING

By: _____
RANDALL WILLOUGHBY
Attorney for Third-Party Defendant
CERTAIN UNDERWRITERS OF LLOYDS OF LONDON

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: November 17, 2011          _____

UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **November 15, 2011,** I served the within:

**STIPULATION AND PROPOSED ORDER TO CONTINUE THE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**

**DECLARATION OF JAMES I. SILVERSTEIN INS SUPPORT OF ST6IPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **November 15, 2011**, at San Francisco, California.

_____
LYDIA BURTON
lburton@yaronlaw.com