GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
HIELAM CHAN, ESQ. (State Bar #267321)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com; hchan@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter-Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG ("ProBuilders"); Defendant and Counter-Claimants TY LEVINE, KAREN LEVINE (collectively "Levines"); and Defendant, Counter-Claimant and Third-Party Plaintiff RONALD J. HAAS ("Mr. Haas"); and Third-Party Defendant Certain Underwriters of Lloyds of London ("Lloyds") to extend the current deadlines as follows[1]:

    Last Day to Complete
    Alternative Dispute Resolution        March 27, 2012

---

[1] See the concurrently filed "Declaration of James I. Silverstein in Support of Stipulation and [Proposed] Order to Extend Deadlines" for ProBuilders' counsel's explanation as to the need for this time extension.

1

|   |   |
|---|---|
| Expert Disclosure | May 11, 2012 |
| Rebuttal Expert Disclosure | May 25, 2012 |
| Close of Discovery | June 20, 2012 |
| Last Day for Hearing on Objection to Expert Disclosure | June 29, 2012 |
| Last Day for Hearing on Dispositive Motions | August 24, 2012 |

Moreover, the parties, in light of the continuance of the various discovery-related dates, stipulate to continue the Joint Pre-Trial Conference to August 10, 2012. ~~However, if dispositive motions are pending as of that date, the parties stipulate that the Joint Pre-Trial Conference will take place on the first available Friday at 11:00 a.m., which is at least 45 days after the Court rules on any pending dispositive motion.~~ Moreover, the parties stipulate that the deadline for filing the Pre-Trial Conference Statement will be 10 days before the Pre-Trial Conference.

IT IS SO STIPULATED.

DATED: January 6, 2012          YARON & ASSOCIATES

                                By: _____
                                    GEORGE D. YARON
                                    JAMES I. SILVERSTEIN
                                    HIELAM CHAN
                                    Attorneys for Plaintiff and Counter-Defendant
                                    PROBUILDERS SPECIALTY INSURANCE
                                    COMPANY, RRG

DATED: January 6, 2012          SILICON VALLEY LAW GROUP

                                By: _____
                                    KIM O. DINCEL
                                    CHRISTOPHER G. LAI
                                    Attorneys for Defendants
                                    TY LEVINE AND KAREN LEVINE

DATED: January 6, 2012

By: _____
RONALD J. HAAS
IN PRO SE

DATED: January ___, 2012          WILLOUGHBY, STUART AND BENNING

By: _____
RANDALL WILLOUGHBY
Attorney for Third-Party Defendant
CERTAIN UNDERWRITERS OF LLOYDS OF LONDON

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA

DATED: January ___, 2012

By: _____
RONALD J. HAAS
IN PRO SE

DATED: January 5, 2012          WILLOUGHBY, STUART AND BENNING

By: _____
RANDALL ~~WILLOUGHBY~~
Attorney for Third-Party Defendant
CERTAIN UNDERWRITERS OF LLOYDS OF LONDON

**ORDER**

Pursuant to Stipulation, the Preliminary Pretrial Conference is rescheduled to August 10, 2012, at 11:00 a.m. A Joint Preliminary Pretrial Conference statement shall be filed on or before July 31, 2012. This conference shall remain as scheduled regardless of whether dispositive motions remain pending at the time.

DATED: January 12, 2012          _____
UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA