

IT IS SO ORDERED
Judge Edward J. Davila
4/3/2012

Randall E. Willoughby SBN 43177
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375

Attorneys for Third Party Defendant, CERTAIN UNDERWRITERS AT LLOYDS OF LONDON 100% SYNDICATE 2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY CORP., B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual<br><br>Defendants. | CASE NO:  CV10-05533-EJD<br><br>**STIPULATION OF DISMISSAL AS TO RONALD J. HAAS' THIRD PARTY COMPLAINT AGAINST CERTAIN UNDERWRITERS AT LLOYDS OF LONDON** |
| RONALD J. HAAS, an individual,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an underwriting syndicate,<br><br>Third Party Defendant | |
| AND RELATED COUNTERCLAIMS | |

1768.11705W

1  IT IS HEREBY STIPULATED by and between Third Party Plaintiff RONALD J. HAAS,
2  in propria persona, and Third Party Defendant CERTAIN UNDERWRITERS AT LLOYDS OF
3  LONDON 100% SYNDICATE 2020, through its designated counsel, that the Third Party
4  Complaint brought by RONALD J. HAAS against CERTAIN UNDERWRITERS AT LLOYDS
5  OF LONDON in the above captioned action be, and hereby is dismissed, with prejudice, pursuant
6  to FRCP 41(a)(1).

7  DATED: 3-15-12

RONALD J. HAAS, In Propria Persona

10 DATED: 3-15-12

WILLOUGHBY, STUART & BENING

By: _____
Randall E. Willoughby
Attorneys for Third Party Defendant
CERTAIN UNDERWRITERS AT
LLOYDS OF LONDON 100%
SYNDICATE 2020

1768.11705W

- 1 -

STIPULATION OF DISMISSAL

## PROOF OF SERVICE

RE: **ProBuilders Specialty Insurance Company vs. Valley Corp. B, et al.**
**Court and Case No: USDC – Northern District 5:10-CV-05533-EJD-HRL**

I, Peggy M. Beahm, declare that I am, and was at the time of the service hereinafter mention, a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 50 W. San Fernando Street, Suite 400, San Jose, California 95113. On the date below, I served the following documents in the manner indicated:

**STIPULATION OF DISMISSAL AS TO RONALD J. HAAS' THIRD PARTY COMPLAINT AGAINST CERTAIN UNDERWRITERS AT LLOYDS OF LONDON**

[X] **MAIL**, I caused such envelope[s] as indicated, with postage thereon fully prepaid to be deposited at San Jose, California. I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document would be deposited with the U.S. Postal Service in San Jose, on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage date on the envelope is more than one day after the date of deposit for mailing contained on the affidavit. **(RONALD HAAS ONLY)**

[ ] **FACSIMILE TRANSMISSION:** By personally transmitting a true copy of the document(s) via an electronic facsimile machine at (408) 295-6375 during normal business hours, completed and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

[X] **ELECTRONIC MAIL:** I served a true copy, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

[ ] **OVERNIGHT DELIVERY:** On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight and U.S. Postal Services*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to deposited for pick-up on the same day by an authorized representative of **FEDERAL EXPRESS and U.S. POSTAL SERVICES** at San Jose, California, in the ordinary course of business.

**Attorneys for Plaintiff PROBUILDERS SPECIALITY INSURANCE COMPANY**
George D. Yaron, Esq.
James I. Silverstein, Esq.
YARON & ASSOCIATES
601 California Street, 21st Floor
San Francisco, California 94108
Telephone (415) 658-2929  Facsimile (415) 658-2930
gyaron@yaronlaw.com
jsilverstein@yaronlaw.com
hchan@yaronlaw.com

**Attorneys for Defendants TY LEVINE and KAREN LEVINE**
Kim O. Dincel, Esq.
SILCON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, California 95110
Telephone (408) 573-5700  Facsimile (408) 573-5701
kdincel@svlg.com
cgl@svlg.com

**Pro Se – Via Mail**
Ronald Haas
1630 Bearden Drive
Los Gatos, California 95032
Telephone (408) 761-0483
rjhaas@pacbell.com

    I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 30, 2012, at San Jose, California.

*[signature]*
PEGGY M. BEAHM