**\*\* E-filed July 25, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO., <br><br> Plaintiff, <br> v. <br> VALLEY CORP.; ET AL., <br><br> Defendants. _____/ | No. C10-05533 EJD (HRL) <br><br> **ORDER AMENDING ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT R.J. HAAS** <br><br> **[Re: Docket Nos. 109, 110]** |

On July 17, 2012, this court ordered that sanctions in the amount of $9,267.00 be awarded in favor of plaintiff Probuilders Specialty Insurance Co. ("Probuilders") and against defendant R. J. Haas ("Haas") due to Haas's failure to adequately respond to numerous discovery requests. Docket No. 109. The Order did not set a deadline by which Haas was to pay the sanctions awarded. Probuilders now requests such a deadline. Docket No. 110. The court now AMENDS its Order of July 17 as follows: The court expects the sanctions to be paid within a reasonable time, meaning within thirty days of the original order.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-05533 EJD (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| George Yaron | gyaron@yaronlaw.com |
| Aslan Bananzadeh | shawn.bananzadeh@snrdenton.com |
| James Silverstein | jsilverstein@yaronlaw.com |
| Chip Cox | rsallander@gpsllp.com |
| Kim Dincel | kod@svlg.com |
| Randall Willoughby | rew@wsblaw.net |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**