| | |
|---|---|
| 1 | GEORGE D. YARON, ESQ. (State Bar #96246)<br>JAMES I SILVERSTEIN, ESQ. (State Bar #143543) |
| 2 | gyaron@yaronlaw.com; jsilverstein@yaronlaw.com<br>YARON & ASSOCIATES |
| 3 | 601 California St, 21st Floor<br>San Francisco, California 94108 |
| 4 | Telephone: (415) 658-2929<br>Facsimile: (415) 658-2930 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>   Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; KAREN LEVINE, an individual; SACHI ADACHI, an individual,; TATSUKO ADACHI, an individual; and R.J. HAAS CONSTRUCTION CORP., a California Corporation,<br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:5:10-cv-05533-EJD<br><br>STIPULATION AND [PROPOSED] ORDER (1) REFERRING THE MATTER TO A SETTLEMENT JUDGE; (2) CONTINUING THE HEARING ON RONALD J. HAAS' MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE UNTIL AFTER THE SETTLEMENT CONFERENCE; AND (3) KEEPING PROBUILDERS' PENDING MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION UNTIL THE COMPLETION OF THE SETTLEMENT CONFERENCE |

Plaintiff ProBuilders Specialty Insurance Company, RRG ("ProBuilders"), Defendant/Counter-Claimants Ronald J. Haas ("Haas"), and Ty and Karen Levine ("Levines") (collectively "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. Pursuant to ADR Local Rule 7-2, the Parties hereby request that the Court refer this matter to a Settlement Conference. Given the involvement of Magistrate Judge Howard Lloyd and Judge Edward Davila in the instant action, the Parties request that the Settlement Conference be conducted by any District Court Judge or Magistrate Judge, other than Magistrate Judge Lloyd or Judge Davila.

2. The Parties believe that it would be beneficial if the Settlement Conference took place prior to the resolution of two matters now pending before the Court. These two matters are (1) Ronald J. Haas' Motion for De Novo Determination of Dispositive Matter ("Motion for De Novo Determination"), which is currently set for hearing on February 8, 2012 [Docket No. 163], and (2) ProBuilders Specialty Insurance Company, RRG's Motion for Summary Judgment, or, in the alternative, Motion for Partial Summary Judgment ("Motion for Summary Judgment"), which the Court has taken under submission. [Docket No. 128.] The Parties believe that there would be a better chance of settling this lawsuit, if the parties did not know the outcome of (1) the Motion for De Novo Determination, and (2) the Motion for Summary Judgment at the time of the Settlement Conference.

3. Therefore, the Parties hereby stipulate and agree that this matter will be scheduled for a Settlement Conference. The hearing date on the Motion for De Novo Determination will be continued to a date after the completion of the Settlement Conference. Moreover, the Court will keep the Motion for Summary Judgment under submission until, at least, the completion of the Settlement Conference.

///
///
///
///
///
///
///
///

4.   This Stipulation will not alter the date of any other event or any other deadline already fixed by Court Order.

Dated: 25 JAN 2013

YARON & ASSOCIATES

*/s/ George D. Yaron*

GEORGE D. YARON, ESQ.
JAMES SILVERSTEIN, ESQ.
Attorneys for Plaintiff/Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY

SILICON VALLEY LAW GROUP, ALC

Dated: 25 Jan 2013

*/s/ K.O.D.*

KIM DINCEL, ESQ.
JULIE ROGERS, ESQ.
CHRISTOPHER LAI, ESQ.
Attorneys for Defendants/Counter-Claimants
TY LEVINE, KAREN LEVINE, and RONALD J. HAAS

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Pursuant to ADR Local Rule 7-2, this case is referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference to occur no later than **April 30, 2013.** The parties shall contact Judge Corley's courtroom deputy to arrange a date. The court schedules this case for a Status Conference on **May 10, 2013, at 10:00 a.m.** On or before **May 3, 2013,** the parties shall file a Joint Status Conference Statement which provides, inter alia, an update on the status of the case and the need to reschedule any case deadlines.
The hearing on the Motion for De Novo Review of Magistrate's Recommendation is VACATED and will be rescheduled at the Status Conference if necessary.

DATED: January 30, 2013

*/s/ Edward J. Davila*
EDWARD J. DAVILA
United States District Judge

---

Stip. Re Settlement Conference                                         G:\3299\Pleadings\Stip.Extend.Discovery\Stipulationremediation.wpd