UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>          Plaintiff,<br><br>     v.<br><br>VALLEY CORP. B., ET AL.,<br><br>          Defendants. | Case No.: 5:10-CV-05533-EJD<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

The preliminary pretrial conference currently scheduled for May 10, 2013 is hereby CONTINUED until July 12, 2013 at 11:00 a.m.. The parties shall file a Joint Preliminary Pretrial Conference Statement no later than July 2, 2013.

**IT IS SO ORDERED.**

Dated: May 7, 2013

_____
EDWARD J. DAVILA
United States District Judge