UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO., RRG,<br><br>    Plaintiff,<br><br>  v.<br><br>VALLEY CORP. B., ET AL.,<br><br>    Defendants.<br>_____/ | Case No. 5:10-CV-05533 EJD<br><br>**PRETRIAL ORDER** |

On July 12, 2013 the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 189) and the discussions held at the Conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference (Bench) | 11:00 a.m. on September 6, 2013 |
| Joint Final Pretrial Conference Statement, Motions *in Limine*, and Exchange of Exhibits (Bench) | August 23, 2013 |
| Proposed Findings of Fact and Conclusions of Law (Bench) | August 30, 2013 |
| Bench Trial | September 17-18, 2013 |

Case No. 5:10-CV-05533 EJD
PRETRIAL ORDER

| Final Pretrial Conference (Jury) | 11:00 a.m. on October 18, 2013 |
|---|---|
| Joint Final Pretrial Conference Statement, Motions in *Limine*, and Exchange of Exhibits (Jury) | October 4, 2013 |
| Voir Dire Questions, Proposed Jury Instructions, and proposed Jury Verdict Forms | October 8, 2013 |
| Jury Selection | 9:00 a.m. on November 12, 2013 |
| Jury Trial[1] | November 12 (afternoon); November 13-14; November 15 (afternoon); November 18 (morning); November 19-21 |
| Jury Deliberations | November 22, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  July 12, 2013

EDWARD J. DAVILA
United States District Judge

---

[1]   Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies. At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2]   A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."