United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., ET AL.,<br><br>Defendants. | Case No.: 5:10-CV-05533-EJD<br><br>**ORDER RE: MOTIONS IN LIMINE**<br><br>[Re: Docket Item Nos. 193, 194, 195, and 196] |

The above-entitled matter came on for a Final Pretrial Conference on September 6, 2013 before the Honorable Edward J. Davila. Presently before the court are motions in limine filed by both parties. See Dkt. Nos. 193, 194, 195, and 196. Having considered the parties' moving and responding papers as well as the arguments of counsel, the court rules as follows:

1. Plaintiff's Motion in Limine No. 1 to Consolidate the Rescission Cause of Action with the Jury Trial, Dkt. No. 196, is GRANTED IN PART. The court hereby CONTINUES the bench trial until after the anticipated completion of the jury trial, to December 17, 2013. Any remaining issues as to the rescission cause of action shall be tried on that date. The court will issue an amended scheduling order forthwith.

United States District Court
For the Northern District of California

2. Plaintiff's Motions in Limine Nos. 2 and 3 (Dkt. Nos. 195, 194), and Defendants' Motion in Limine (Dkt. No. 193) are DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: September 9, 2013

EDWARD J. DAVILA
United States District Judge