United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,

Plaintiff,

v.

VALLEY CORP. B., ET AL.,

Defendants.

Case No.: 5:10-CV-05533-EJD

**ORDER RE: MOTIONS IN LIMINE**

[Re: Docket Item Nos. 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229]

The above-entitled matter came before the court for a Final Pretrial Conference on October 18, 2013. Presently before the court are motions in limine filed by both parties. See Dkt. Nos. 218-229. Having considered the parties' moving and responding papers, as well as the arguments of counsel, the court rules as follows:

1. Plaintiff's Motion in Limine No. 1 to exclude expert testimony of David Reilly, Dkt. No. 218, is PROVISIONALLY DENIED subject to reconsideration based on Mr. Reilly's testimony at trial.

United States District Court
For the Northern District of California

2. Plaintiff's Motion in Limine No. 2 to exclude evidence of Defendants' Brandt fees, Dkt. No. 219, is DENIED. Defendants are ORDERED to produce documents supporting their Brandt fees damages by no later than October 23, 2013.
3. Plaintiff's Motion in Limine No. 3 to exclude evidence of Mr. Haas' defense fees incurred in the underlying action, Dkt. No. 220, is DENIED. Mr. Haas is ORDERED to produce documents supporting his defense fees damages by no later than October 23, 2013.
4. Plaintiff's Motion in Limine No. 4 to exclude evidence of Mr. Haas' general damages, Dkt. No. 221, is DENIED.
5. Plaintiff's Motion in Limine No. 5 to exclude evidence of the Levines' general damages, Dkt. No. 222, is PROVISIONALLY DENIED IN PART and PROVISIONALLY GRANTED IN PART. The motion is provisionally denied as to evidence relating to the Levines' emotional distress. However, the motion is provisionally granted as to any evidence which describes Mr. Levine's lost job opportunities.
6. Plaintiff's Motion in Limine No. 6 to exclude evidence relating to whether the outcome of the Levine action would have been different had the rescission action been filed earlier, Dkt. No. 223, is DENIED.
7. Plaintiff's Motion in Limine No. 7 to exclude evidence regarding the adequacy of the defense provided by Plaintiff in the Levine action, Dkt. No. 224, is GRANTED IN PART and DENIED IN PART. The motion is granted as to evidence relating to any alleged malpractice on the part of the defense attorneys in the Levine action. The motion is denied as to evidence relating to Plaintiff's conduct during the Levine action.
8. Plaintiff's Motion in Limine No. 8 to exclude evidence regarding Schaefer v. Elder, 217 Cal. App. 4th 1 (2013), Dkt. No. 225, is GRANTED.
9. Plaintiff's Motion in Limine No. 9 to consolidate the rescission cause of action with the jury trial, Dkt. No. 226, is DENIED.
10. Plaintiff's Motion in Limine No. 10 to exclude evidence regarding bad faith damages the Levines incurred prior to becoming judgment creditors, Dkt. No. 227, is

United States District Court
For the Northern District of California

PROVISIONALLY GRANTED. The motion is granted as to evidence of the bad faith damages that the Levines incurred during the Levine action; however, this ruling does not apply to evidence relating to Plaintiff's conduct towards the Levines during the Levine action.

11. Plaintiff's Motion in Limine No. 11 to exclude Plaintiff's counsel, George D. Yaron, from testifying, Dkt. No. 228, is GRANTED.
12. Defendants' Motion in Limine No. 1 to preclude Plaintiff from participating in trial without either obtaining a certificate of authority to transact insurance in California or posting a bond, Dkt. No. 229 at 1, is DENIED.
13. Defendants' Motion in Limine No. 2 to realign the parties, Dkt. No. 229 at 5, is DENIED.
14. Defendants' Motion in Limine No. 3 to exclude evidence of the Department of Insurance's investigation of Mr. Haas, the resulting criminal complaint, and his nolo contendere plea, Dkt. No. 229 at 7, is DENIED IN PART, PROVISIONALLY GRANTED IN PART, AND GRANTED IN PART. The motion is denied to the extent that it seeks to preclude Mr. Haas from testifying as to these charges and his plea. The motion is provisionally granted in part as to the offering of extrinsic evidence related to these same topics. The motion is granted as to the introduction of Exhibits 32FF-HH for the purpose of showing what evidence was before the Levine court.
15. Defendants' Motion in Limine No. 4 to exclude evidence relevant only to prove misrepresentations or concealments in Mr. Haas/Haas Corp.'s insurance application, Dkt. No. 229 at 8, is PROVISIONALLY GRANTED subject to reconsideration in the event Defendants present evidence or argument regarding a continuing bad faith violation.
16. Defendants' Motion in Limine No. 5 to preclude evidence relating to Mr. Haas' failure to obtain certificates of insurance, Dkt. No. 229 at 10, is DENIED.
17. Defendants' Motion in Limine No. 6 to exclude evidence contradicting the judgment entered in the Levine action, Dkt. No. 229 at 16, is PROVISIONALLY DENIED subject to reconsideration based on the evidence presented at trial.

United States District Court
For the Northern District of California

18. Defendants' Motion in Limine No. 7 to exclude evidence relating to recovery of defense fees paid by Plaintiff, Dkt. No. 229 at 17, is DENIED.
19. Defendants' Motion in Limine No. 8 to exclude pleadings from this case from being entered into evidence, Dkt. No. 229 at 18, is PROVISIONALLY DENIED. The parties are ORDERED to meet and confer as to any stipulations they may reach that would reduce the need to offer pleadings into evidence, as well as to the redaction of any relevant pleadings that must be introduced into evidence.

Additionally, the court has reviewed its Amended Pretrial Order, Dkt. No. 211, and has concluded that the schedule in this case will not be disturbed. The parties are ORDERED to meet and confer regarding motions in limine for the upcoming bench trial. These motions will be exchanged simultaneously, and no written oppositions will be filed or considered.

**IT IS SO ORDERED.**

Dated: October 22, 2013

EDWARD J. DAVILA
United States District Judge