UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALLEY CORP. B., ET AL.,<br><br>　　　　Defendants. | Case No.: 5:10-CV-05533-EJD<br><br>**ORDER RE: PRETRIAL MATERIALS** |

    In consideration of the upcoming trial in this matter, and as discussed during the Final Pretrial Conference held on October 18, 2013, the parties are hereby ORDERED to file their revised joint proposed jury instructions and their joint neutral statement of the case as separate docket entries on ECF by no later than 12:00 p.m. on Wednesday, November 6, 2013.

**IT IS SO ORDERED.**

Dated: November 1, 2013

                                            EDWARD J. DAVILA
                                            United States District Judge

1