IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>    Plaintiff(s),<br>  v.<br><br>VALLEY CORP. B., et. al.,<br><br>    Defendant(s). | CASE NO. 5:10-cv-05533 EJD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE**<br><br>[Docket Item No(s). 299] |

Presently before the court is Plaintiff Probuilders Specialty Insurance Company, RRG's ("Plaintiff") Motion to Strike an additional brief filed by Defendants Valley Corp. B, Ronald J. Haas, Ty Levine and Karen Levine ("Defendants"). See Docket Item No. 299. Plaintiff argues Defendants' brief should be stricken as filed without leave of court, since the order allowing the parties to submit additional briefs did not contemplate additional, opposition or responsive briefs. The court agrees. Accordingly, the Motion to Strike is GRANTED. Defendants' brief filed on December 17, 2013 (Docket Item No. 298), is STRICKEN.

**IT IS SO ORDERED.**

Dated:  December 19, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-05533 EJD
ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE