UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO., RRG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VALLEY CORP. B., ET AL.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 5:10-CV-05533 EJD<br><br>**ORDER RE SELECTION OF METHOD OF PRESENTATION FOR RESCISSION CAUSE OF ACTION** |

　　The above-entitled matter came before the court for a status conference on December 19, 2013 to discuss, <u>inter alia</u>, the scheduling of a rescission bench trial. The court offered the following two options to the parties:

| RESCISSION BENCH TRIAL ||
|---|---|
| **EVENT** | **DATE** |
| Final Pretrial Conference (Bench) | 11:00 a.m. on February 28, 2014 |
| Joint Final Pretrial Conference Statement, Motions *in Limine*, and Exchange of Exhibits | February 20, 2014 |
| Proposed Findings of Fact and Conclusions of Law (Bench) | February 20, 2014 |
| Bench Trial | 8:00 a.m. on March 20, 2014 |

1

Case No. 5:10-CV-05533 EJD
ORDER RE SELECTION OF METHOD OF PRESENTATION FOR RESCISSION CAUSE OF ACTION

| SUBMISSION OF RESCISSION ISSUE THROUGH CROSS MOTIONS ||
|---|---|
| EVENT | DATE |
| Plaintiff's Opening Brief[1] | February 20, 2014 |
| Defendants' Opposition and Cross Motion | March 13, 2014 |
| Plaintiff's Reply | March 20, 2014 |
| Defendants' Reply | March 27, 2014 |

The parties are hereby ORDERED to meet and confer on these options, select an option[2], and file a stipulation indicating their choice as a separate docket entry on ECF by no later than Friday, January 3, 2014.

**IT IS SO ORDERED.**

Dated:  December 19, 2013



EDWARD J. DAVILA
United States District Judge

---

[1] All briefing supporting these cross motions must comply with Civil Local Rules 3-4 and 7-4.

[2] At the conference, the parties submitted a hybrid proposal under which the parties would submit briefing according to the cross motion schedule but identify as a separate issue any new evidence that would need to be introduced.  If new evidence appeared to be required, the parties proposed holding a one-day bench trial to receive it.  While the court appreciates the parties' suggestion, it declines to accept this proposal.  In the event the parties select the cross motion option, any additional evidence that may be required may be submitted through stipulations or declarations in accordance with the procedures set forth in Local Rule 7-2, 7-3, and 7-5.