UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>        Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP., ET AL.,<br><br>        Defendants. | Case No.: 5:10-CV-05533-EJD<br><br><br>**PRETRIAL CONFERENCE ORDER** |

This matter came on for a pretrial conference on February 28, 2014. As indicated at the conference, the court orders as follows:

1. On or before March 17, 2014, the parties shall file a notice indicating (1) whether they agree to pursue alternative dispute resolution, and (2) if so, the method of resolution chosen as well as the date upon which the process will be completed. Absent such an agreement, the court will enter judgment pursuant to the jury verdict on March 18, 2014. In light of this order, the Motion for Entry of Judgment (Docket Item No. 344) is TERMINATED.

2. The bench trial previously scheduled for March 20, 2014, and all related deadlines are VACATED.

**IT IS SO ORDERED**

Dated: February 28, 2014

                                                EDWARD J. DAVILA
                                                United States District Judge