IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>  Plaintiff(s),<br>   v.<br><br>VALLEY CORP. B., et. al.,<br><br>  Defendant(s). | CASE NO. 5:10-cv-05533 EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

In light of the parties' agreement on this issue (see Docket Item Nos. 351, 352), the above-entitled case is again referred to Magistrate Judge Jacqueline Scott Corley for a settlement conference to occur preferably within the next 30 days, but no later than 60 days from the date this order is filed. Counsel shall contact Judge Corley's Courtroom Deputy to arrange a date and time for the conference no later than **March 24, 2014.**

**IT IS SO ORDERED.**

Dated: March 19, 2014

EDWARD J. DAVILA
United States District Judge