UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP., ET AL.,<br><br>    Defendants. | Case No.: 5:10-CV-05533-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Judgment having been entered in this case, see Docket Item No. 358, the court finds a further case management conference to be unnecessary and hereby VACATES the conference set for May 30, 2014.

**IT IS SO ORDERED**

Dated: May 27, 2014

                                                 _____
                                                 EDWARD J. DAVILA
                                                 United States District Judge