1

2

3            IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                    SAN JOSE DIVISION

6   PROBUILDERS SPECIALTY                  CASE NO. 5:10-cv-05533 EJD
    INSURANCE COMPANY, RRG,

7                                          **ORDER DENYING REQUEST TO
                                           RESCHEDULE CASE MANAGEMENT
8              Plaintiff(s),               CONFERENCE**
       v.
9
    VALLEY CORP B, et. al.,                [Docket Item No(s). 360]
10

11            Defendant(s).
    _____/
12

13        Presently before the court is the parties' joint request to reschedule a Case Management

14   Conference that was vacated after the parties informed the court that their post-trial attempts to settle

15   this action were unsuccessful.  See Docket Item No. 360.  The parties believe a Case Management

16   Conference would be helpful in order to address two matters: (1) issues concerning the judgment,

17   and (2) a briefing schedule for future motions.

18        Having considered the parties' request, the court disagrees that a Case Management

19   Conference to address these identified matters would be productive because (1) any "issues"

20   concerning the judgment can be raised by motion under Federal Rule of Civil Procedure 60, which

21   the court would prefer under the circumstances presented by this case, and (2) any modifications to

22   motion briefing schedules can be proposed either by stipulation of the parties or by administrative

23   motion pursuant to Civil Local Rule 7-11.

24        Accordingly, the request is DENIED.

25   **IT IS SO ORDERED.**

26   Dated:  June 10, 2014

27                                         EDWARD J. DAVILA
                                           United States District Judge
28

                                      1
CASE NO. 5:10-cv-05533 EJD
ORDER DENYING REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

**United States District Court**
For the Northern District of California