GEORGE D. YARON, ESQ. (State Bar #96246)
JAMES I SILVERSTEIN, ESQ. (State Bar #143543)
gyaron@yaronlaw.com; jsilverstein@yaronlaw.com
YARON & ASSOCIATES
601 California St, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Plaintiff and Counter-Defendant
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>Defendants. | CASE NO.:5:10-cv-05533-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND FILING DEADLINES WITH RESPECT TO DEFENDANTS' MOTION FOR A NEW TRIAL<br><br>[L.R. 6-2] |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counter-Defendant PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG ("ProBuilders"); Defendant and Counter-Claimants TY LEVINE, KAREN LEVINE (collectively "Levines"); and Defendant, Counter-Claimant and Third-Party Plaintiff RONALD J. HAAS ("Mr. Haas") to the following briefing schedule for Defendants' Motion for a New Trial, pursuant to Federal Rules of Civil Procedure 59 (b):

(1)     Plaintiff's Motion for A New Trial must be filed on or before June 24, 2014, which is 28 days after the Court entered Judgment in favor of ProBuilders as to the jury trial which concluded in January of 2014. The Judgment was entered on May 27, 2014.

(2) ProBuilders' Opposition to Plaintiff's Motion for a New Trial must be filed on or before July 18, 2014.

(3) Defendants' Reply in Support of Their Motion for a New Trial must be filed on or before August 1, 2014.

**IT IS SO STIPULATED.**

DATED: June 20, 2014      YARON & ASSOCIATES

                           By: _____
                           GEORGE D. YARON
                           JAMES I. SILVERSTEIN
                           Attorneys for Plaintiff and Counter-Defendant
                           PROBUILDERS SPECIALTY INSURANCE
                           COMPANY, RRG

DATED: June __, 2014      GREENAN, PEFFER, SALLANDER & LALLY, LLP

                           By: Robert Seeds
                           Digitally signed by Robert Seeds
                           DN: cn=Robert Seeds, o=Greenan, Peffer, Sallander & Lally LLP, ou, email=rseeds@gpsllp.com, c=US
                           Date: 2014.06.19 11:07:47 -07'00'
                           _____
                           ROBERT SEEDS,
                           Attorneys for Defendants/Counterclaimants
                           TY LEVINE, KAREN LEVINE and R.J. HAAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The hearing date of October 31, 2014 at 9:00 AM is previously reserved for the anticipated Motion.

DATED:  6/24/2014         _____
                           UNITED STATES DISTRICT JUDGE
                           EDWARD J. DAVILA

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **June 20, 2014**, I served the within:

**STIPULATION AND [PROPOSED] ORDER TO AMEND FILING DEADLINES WITH RESPECT TO DEFENDANTS' MOTION FOR A NEW TRIAL**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June 20, 2014**, at San Francisco, California.

_____
**Michelle Sangalang**
msangalang@yaronlaw.com