UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a District of Columbia, Risk Retention Group,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>VALLEY CORP. B., a California Corporation formerly known as R.J. HAAS CORP.; RONALD J. HAAS, an individual; TY LEVINE, an individual; and KAREN LEVINE, an individual,<br><br>　　　　　Defendants. | Case No.  5:10-CV-05533-EJD<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Amended Partial Judgment, entered on November 26, 2014, the judgment entered on May 27, 2014 is hereby amended as follows:

The First and Second Claims having been tried to a jury and a verdict having been rendered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that partial judgment shall be entered in accordance with that verdict, in favor of Plaintiff ProBuilders Specialty Insurance Company, RRG.

Case No. 5:10-CV-05533-EJD
AMENDED JUDGMENT

This Amended Judgment shall be deemed effective May 27, 2014.

**IT IS SO ORDERED.**

Dated: November 26, 2014

_____
EDWARD J. DAVILA
United States District Judge